MEMO ENDORSED

BERMAN S.

DEC 14 04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

JURJITA VAICAITIENE, on behalf of herself and all : 04-CV-9125 (RMB)
others similarly situated, (Electronically Filed)

                              Plaintiff,

                                                    : **STIPULATION AND**
                -against-                            **ORDER EXTENDING**
                                                    : **TIME**

PARTNERS IN CARE, INC.; and VISITING NURSE
SERVICE OF NEW YORK, INC., :

                              Defendants. :

-----------------------------------------------------------------x

        WHEREAS, each of the defendants is required to answer or move against the Complaint by December 13, 2004; and

        WHEREAS, the undersigned counsel have conferred and agreed to extend all defendants' time to answer or move against the Complaint through and including February 4, 2005; and

        WHEREAS, none of the defendants has previously requested an extension of time within which to answer or move against the Complaint; now therefore

        IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties hereto that

        1.    All defendants' time to answer or move against the Complaint be, and hereby is, extended from December 13, 2004 through and including Friday, February 4, 2005; and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

2. The statute of limitations is tolled from December 13, 2004 until the date that defendants' response to the Complaint is served as to all similarly situated individuals who subsequently "opt in" to this proceeding.

Dated: New York, New York
December 13, 2004

LAW OFFICES OF KARL J. STOECKER

_____
Karl J. Stoecker (KS-6034)

Attorney for Plaintiff
275 Madison Avenue
New York, New York 10016
Telephone: (212) 818-0080

CADWALADER, WICKERSHAM & TAFT LLP

By: _____
Kathy H. Chin (KC-7635)

Attorneys for Defendants
100 Maiden Lane
New York, New York 10038
Telephone: (212) 504-6000

SO ORDERED:

_____
Richard M. Berman, U.S.D.J.

Dated: December 15, 2004

-2-