UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JURJITA VAICAITIENE, et al.,
                             Plaintiff,                      04 Civ. 9125 (RMB)

    -against-

PARTNERS IN CARE, INC., et al.,
                             Defendant(s).
-----------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

Plaintiffs, and Defendants having failed to appear for a Court conference on January 10, 2005, it is hereby

**ORDERED,** that the above-entitled action be, and the same hereby is, discontinued without prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, Plaintiffs may, upon good cause shown for her failure to appear, apply by letter for restoration of the action to the calendar of the undersigned.

**SO ORDERED.**

Dated: January 10, 2005
      New York, New York

                                                          _____
                                                          Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-05