UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | | |
|---|---|---|
| JURJITA VAICAITIENE, on behalf of herself and all others similarly situated, | : | 04-CV-9125 (RMB) (THK) (Electronically Filed) |
| | : | |
| Plaintiff, | | |
| | : | |
| -against- | | **NOTICE OF** |
| | : | **APPEARANCE** |
| PARTNERS IN CARE, INC.; and VISITING NURSE SERVICE OF NEW YORK, INC., | : | |
| | | |
| Defendants. | : | |

------------------------------------------------------------------------x

C O U N S E L:

      PLEASE TAKE NOTICE that defendants Partners In Care and Visiting Nurse Service of New York hereby appear in the above-entitled action by and through the undersigned attorneys.

Dated:   New York, New York
             January 21, 2005

                                CADWALADER, WICKERSHAM & TAFT LLP

                                By:  s/ Kathy H. Chin
                                      Kathy H. Chin (KC-7635)

                                Attorneys for Defendants
                                One World Financial Center
                                New York, New York  10281
                                Telephone: (212) 504-6000

TO:   LAW OFFICES OF KARL J. STOECKER
        275 Madison Avenue
        New York, New York  10016