UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | | |
|---|---|---|
| JURJITA VAICAITIENE, on behalf of herself and all others similarly situated, | : | 04-CV-9125 (RMB) (THK) (Electronically Filed) |
| | : | |
| Plaintiff, | | |
| | : | |
| -against- | | **DISCLOSURE STATEMENT** |
| | : | **PURSUANT TO** |
| PARTNERS IN CARE, INC.; and VISITING NURSE SERVICE OF NEW YORK, INC., | | **FEDERAL RULE OF** |
| | : | **CIVIL PROCEDURE 7.1** |
| Defendants. | : | |

------------------------------------------------------------------------x

   Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants hereby states as follows:

   1.   Partners In Care is a not-for-profit corporation of which Visiting Nurse Service of New York is the parent corporation.

   2.   Visiting Nurse Service of New York is a not-for-profit corporation that does not have any parent corporation and has not issued any stock.

Dated:   New York, New York
         January 21, 2005

                                        CADWALADER, WICKERSHAM & TAFT LLP


                                        By: s/ Kathy H. Chin
                                              Kathy H. Chin (KC-7635)

                                        Attorneys for Defendants
                                        One World Financial Center
                                        New York, New York  10281
                                        Telephone: (212) 504-6000