BERMAN, S.

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JURJITA VAICAITIENE, on behalf of herself and all : 04-CV-9125 (RMB) (THK)
others similarly situated,                         (Electronically Filed)

                    Plaintiff,

                                         :  **STIPULATION AND**
        -against-                                   **ORDER EXTENDING**
                                         :  **TIME**

PARTNERS IN CARE, INC.; and VISITING NURSE
SERVICE OF NEW YORK, INC.,                        :

                    Defendants.  :

------------------------------------------------------------x

       WHEREAS, each of the defendants was required to answer or move against the Complaint by December 13, 2004; and

       WHEREAS, the undersigned counsel conferred and agreed to extend all defendants' time to answer or move against the Complaint through and including February 4, 2005; and

       WHEREAS, the undersigned counsel have agreed to further extend all defendants' time to answer or move against the Complaint through and including February 28, 2005; now therefore

       IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties hereto that

       1.     All defendants' time to answer or move against the Complaint be, and hereby is, extended from February 4, 2005 through and including Monday, February 28, 2005; and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-9-05

2. The statute of limitations is tolled from December 13, 2004 until the date that defendants' response to the Complaint is served as to all similarly situated individuals who subsequently "opt in" to this proceeding.

Dated: New York, New York
January ___, 2005

LAW OFFICES OF KARL J. STOECKER

_____
Karl J. Stoecker (KS-6034)

Attorney for Plaintiff
275 Madison Avenue
New York, New York 10016
Telephone: (212) 818-0080


CADWALADER, WICKERSHAM & TAFT LLP

By: _____
Kathy H. Chin (KC-7635)
Attorneys for Defendants
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000

SO ORDERED:

_____
Richard M. Berman, U.S.D.J.

Dated: 2/8/05

-2-