UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOAN JETT, KENNETH LAGUNA, and          :
CARIANNE MUSIC, INC.,                   :
                                        :
                    Plaintiffs,         :
                                        :
            v.                          :
                                        :   **ORDER**
THOMAS FICARA d/b/a REACH               :
ENTERTAINMENT, REACH                    :
ENTERTAINMENT UK LTD., SONY MUSIC       :
ENTERTAINMENT UK, SUPER D d/b/a         :
SUPER D/PHANTOM DISTRIBUTION,           :
BERTUS DISTRIBUTIE, and MSI MUSIC       :
CORP. d/b/a MSI OF MIAMA                :
                                        :   04 Civ. 9466 (RMB)
                                        :
                    Defendants.         :
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

   Based on representations made by the parties during the February 23, 2005 pre-trial conference that this action has not settled as to certain defendants, it is hereby,

   **ORDERED**, that the Order of Discontinuance, dated February 22, 2005, is vacated and the above-entitled action is restored to the active docket, **except with respect to Defendant MSI Music Corp. as to whom the action is dismissed**.

Dated:  New York, New York
        February 25, 2005

                                                    _/s/ RMB_____
                                                    Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/05

FEB 24 2005

BERMAN, S.

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JURJITA VAICAITIENE, on behalf of herself and all : 04-CV-9125 (RMB) (THK)
others similarly situated, (Electronically Filed)

                              Plaintiff, : **FINAL**
                                        : STIPULATION AND
           -against- ORDER EXTENDING
                                        : **TIME**

PARTNERS IN CARE, INC.; and VISITING NURSE
SERVICE OF NEW YORK, INC., :

                              Defendants. :

------------------------------------------------------------x

        WHEREAS, each of the defendants was required to answer or move against the Complaint by December 13, 2004; and

        WHEREAS, the undersigned counsel conferred and agreed to extend all defendants' time to answer or move against the Complaint through and including February 4, 2005; and

        WHEREAS, the undersigned counsel agreed to further extend all defendants' time to answer or move against the Complaint through and including February 28, 2005; and

        WHEREAS, the undersigned counsel have agreed to further extend all defendants' time to answer or move against the Complaint through and including March 7, 2005; now therefore

        IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties hereto that

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/05

1. All defendants' time to answer or move against the Complaint be, and hereby is, extended from February 28, 2005 through and including Monday, March 7, 2005; and

2. The statute of limitations is tolled from December 13, 2004 until the date that defendants' response to the Complaint is served as to all similarly situated individuals who subsequently "opt in" to this proceeding.

Dated:  New York, New York
        February 18, 2005

LAW OFFICES OF KARL J. STOECKER

_____
Karl J. Stoecker (KS-6034)
Attorney for Plaintiff
275 Madison Avenue
New York, New York 10016
Telephone: (212) 818-0080


CADWALADER, WICKERSHAM & TAFT LLP

By: _____
    Kathy H. Chin (KC-7635)
Attorneys for Defendants
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000

FINAL Extension
SO ORDERED:

RMB
_____
Richard M. Berman, U.S.D.J.
Dated:  February 25, 2005

-2-