UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JURJITA VAICTIENE, on behalf of herself and all others similarly situated,

Plaintiff,

-against-

PARTNERS IN CARE, INC. AND VISITING NURSE SERVICE OF NEW YORK, INC.,

Defendants.

04 CV 9125 (RMB)(THK)

FILED ELECTRONICALLY

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
: SS
COUNTY OF NEW YORK:

Allison A. DiPasqua being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, 1 World Financial Center, New York, New York 10281.

2. On the 7th day of March 2005, I caused to be served a true and correct copy of the ANSWER by depositing a true copy thereof, enclosed in a post-paid wrapper, in a official depository under exclusive care and custody of the U.S. Postal Service within New York State, addressed as shown below:

C:\E-MAIL DOCS\affidavit of service.doc

Karl J. Stoecker, Esq.
275 Madison Avenue
New York, New York 10016

_____
ALLISON A. DIPASQUA

SWORN TO BEFORE ME THIS
7th DAY OF MARCH 2005
_____
NOTARY PUBLIC

WILLIAM E. RAFTERY
Notary Public, State of New York
No. 01RA6038284
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires March 6, 2006