

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JURJITA VIACAITIENE, on behalf of
herself and all others similarly
situated,

Plaintiff,

- against -

PARTNERS IN CARE, INC.; AND
VISITING NURSE SERVICE OF NEW
YORK, INC.;

Defendants.

No. 04 Civ. 9125 (RMB)

STIPULATION AND ORDER
EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties hereto that:

1. Plaintiff shall serve and file her papers in support of a motion for notice to similarly situated individuals on or before April 20, 2005;

2. Defendants' papers in opposition to the motion shall be served and filed on or before May 9, 2005;

3. Plaintiff's reply papers, if any, shall be served and filed on or before May 16, 2005.

Dated: New York, New York
April 13, 2005



SO ORDERED.
4/14/05
RICHARD M. BERMAN U.S.D.J.

LAW OFFICES OF KARL J. STOECKER

By: ______________________
Karl J. Stoecker (KS-0571)

Attorney for Plaintiff
18 East, 41st street
New York, N.Y. 10017
Telephone: (212) 818-0080

CADWALADER WICKERSHAM AND TAFT, LLP

By: ______________________
Kathy H. Chin (KC-7635)

Attorney for Defendants
One World Financial Center,
New York N.Y. 10281
Telephone (212) 504-6000