UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JURJITA VAICAITIENE, on behalf of herself and all others similarly situated,

    Plaintiff,

- against -

PARTNERS IN CARE, INC.; AND VISITING NURSE SERVICE OF NEW YORK, INC.;

    Defendants.

---

No. 04 Civ. 9125 (RMB)

**ECF CASE**

**AFFIDAVIT OF JURGITA VAICAITIENE**

STATE OF NEW YORK)
      )ss.:
COUNTY OF KINGS  )

  1. I am the plaintiff in this action. I was employed as a home health aide by the defendants from in or about September 7, 2002 through March of 2004. I submit this affidavit in support of plaintiff's motion to send notice of this action to similarly situated current and former employees of the defendants.

  2. As a home health aide I was responsible for the care of VNSNY patients. My duties included, but were not limited to, personal care such a general hygiene, bathing, dressing and the like. Assisting or accompanying the VNSNY patient with daily activities such as walking, exercising, eating, administering medication and other activities.

3. I also performed services typically performed by trained personnel (such as registered or practical nurses) including the monitoring of patient's vital signs (to the extent warranted by the patient's medical condition) and the administration of medical treatments including catheter placement, feeding tubes and other items.

4. Although it varied from patient to patient, approximately thirty percent (30%) of my overall work-time with VNSNY patients was expended doing general household work including cleaning of all the rooms in the house or apartment, household laundry, including laundry for the VNS patient's family members, household food-shopping, cooking, food preparation and dishwashing and other tasks that were not directly related to the patient or to any particular patient.

5. The task code form provided by defendants assigned codes for time spent on non-patient related general household work, including "clean[ing]", "grocery shopping", "laundry", "travel time" and other "non-personal" matters."

6. All of my work for VNSNY patients was overseen by the VNSNY nurses who supervised us. At the commencement of each VNSNY patient assignment I was given written instructions regarding the patient's care by a VNSNY nurse.

Annexed hereto as Exhibit A is an example of the written instruction form VNSNY nurses provided taken from the defendants' Employee Handbook. A copy of the entire handbook is annexed hereto as Exhibit B.

7. In addition, I reported directly to VNSNY nurses each time they visited the patients under my care. In the event I had concerns or problems with a patient I would report such matters to a VNSNY nurse.

8. From time to time I discussed with supervising VNSNY nurses the extent to which I was called upon to do general household work which was not related to the care of the VNSNY patient. On such occasions I was told to do my best to keep each patient happy and to accommodate requests for general household work to avoid patient complaints.

9. I specifically recall several instances in which VNSNY patients directed me to do general household work such as scrubbing the walls outside their apartment, getting on my hands and knees to scrub their kitchen floor and bathrooms, washing and ironing clothing for family members and other matters. When I discussed these matters with the supervising VNSNY nurse, I was told to accommodate the VNSNY patients' requests.

10. During my employment by the defendants I sometimes worked substantial amounts of overtime, i.e.,

hours in excess of forty per week, but I was not paid overtime compensation for these additional hours. Annexed hereto as Exhibit _C_ are some of my pay stubs showing overtime hours worked for which I was not paid overtime.

11. The defendant's Employee Handbook stated that we would "be paid at the regular hourly rate of pay for all hours worked up to forty (40) and then time and a half (1.5x) minimum wage or payment at the regular hourly rate, whichever is greater, for all hours worked over forty (40) per week. Annexed hereto as Exhibit _D_ is an excerpt from the Employee Handbook stating the foregoing "Payment Policies." Its my understanding that these payment policies were consistently applied throughout the company.

_____
Jurgita Vaicaitiene

Sworn to before me
this 20th day of April, 2005

_____
Notary Public

ROXANNA MORA
Commissioner of Deeds
City of New York
No. 2-12218
Commission Expires April 26, 2007

4

Exhibit A

**EXHIBIT A**

**Handbook for Home Health Aides - Appendix**     **Partners in Care**

---

**Partners in Care™** • A Subsidiary of the Visiting Nurse Service of New York • 1250 Broadway • New York, NY 10001 • 212-290-3131

**HOME HEALTH AIDE PLAN OF CARE**     ☑ INITIAL   ☐ RENEWAL

PATIENT NAME: MARY GREEN     SCHEDULE: DAYS 5   HOURS 8     ID # KS1234

ADDRESS: N.Y.C., N.Y. 10001

TO REACH PARTNERS IN CARE ON WEEKDAYS AFTER 6PM, AND ON WEEKENDS AND HOLIDAYS ALL DAY, CALL THE ANSWERING SERVICE AT 212-290-3131.

**DO NOT REMOVE FROM PATIENT'S HOME**

| PLAN OF CARE | SERVICES TO BE PROVIDED • INSTRUCTIONS • FREQUENCY OF TASK |
|---|---|
| ✓ | BATH ☐ Bed ☐ Sponge ☑ Tub ☐ Shower ASSIST PT. IN/OUT OF TUB - USE SHOWER CHAIR |
| ✓ | MOUTH CARE CLEANSE DENTURES EVERY A.M. |
| ✓ | FOOT CARE APPLY KERI LOTION TO FEET EVERY A.M. AFTER BATH. |
| ✓ | SHAMPOO THREE TIMES PER WEEK |
| ✓ | SKIN CARE (specify) KERI LOTION TO BACK AS PER PT. REQUEST. |
| ✓ | NAIL CARE KEEP NAILS CLEAN & FILED. |
| ✓ | TOILETING ASSIST PT. TO B.R. W/ CONTACT SUPPORT |
|  | INCONTINENT CARE |
| ✓ | DRESSING ASSIST W/ BUTTONS, ZIPPERS |
|  | INFANT CARE (specify) |
| ✓ | REINFORCE DIET INSTRUCTION MONITOR PT.'s SALT INTAKE |
|  | ☐ FEED PATIENT ☐ ASSIST WITH FEEDING  DIET: LOW SALT |
| ✓ | WALKING ☑ Indoors ☑ Outdoors MONITOR: INDOORS W/ CANE, OUTDOORS W/ WALKER |
|  | TRANSFERS |
|  | TURNING and POSITIONING |
|  | RANGE OF MOTION ☐ Active ☐ Passive |
|  | EYE CARE (specify) |
|  | DRESSING (Wound Care) (specify) |
|  | CATHETER CARE (specify) |
|  | OSTOMY CARE (specify) |
|  | TEMPERATURE: ☐ Oral ☐ Rectal ☐ Axillary ☐ Record in Home |
| ✓ | PULSE/RESPIRATIONS TAKE PULSE BEFORE A.M. MEDS; REPORT PULSE BELOW 60 TO R.N. |
|  | INTAKE/OUTPUT |
| ✓ | MEDICATIONS ☐ Assist ☑ Remind OFFER PRE-POURED MEDS (BOX) TO PT. |
|  | MEAL PREPARATION ☑ Breakfast ☑ Lunch ☑ Dinner ☑ Snack WATCH SALT - DO NOT ADD. |
| ✓ | CLEAN ☑ Pt's Room ☐ Bathroom ☑ Kitchen ☐ Pt Care Equip |
| ✓ | SHOPPING Where? SLOAN'S AT CORNER     How Often? WEEKLY |
| ✓ | LAUNDRY Where? BASEMENT     How Often? WEEKLY |
| ✓ | ACCOMPANY TO: ☑ MD/Clinic ☐ Other (specify) TO DR. BROWN EVERY MONTH. |
| ✓ | SUPERVISE SAFETY OF PATIENT AMBULATING IN & OUT OF DOORS |
|  | Special Safety Precautions (specify) REMOVE ENVIRONMENTAL BARRIERS. CAREFULLY WATCH PT's AMBULATION TO & FROM B.R. & USE FULL CONTACT SUPPORT DURING AMBULATION. |
|  | OTHER (specify) REPORT ANY PROBLEMS OR CHANGES TO RN FIELD SUPERVISOR OR VN AS SOON AS THEY ARE DISCOVERED. |

Discussed with ☑ Patient ☐ Family/Designee and Completed by: sign S. Smith RN  print S. SMITH RN  date 6/1/98

Patient Refuses Service ☐

☑ Patient ☐ Family/Designee:  sign Mary Green  print MARY GREEN  relationship PATIENT  date 6/1/98

Reviewed __/__/__ by ____  Reviewed __/__/__ by ____  Reviewed __/__/__ by ____  Reviewed __/__/__ by ____

(rvsd 11/96)     YELLOW, POST IN CLIENT'S HOME   ♦   PINK, RETAIN IN CLIENT'S RECORD

A - 29

# Exhibit B

# EMPLOYEE HANDBOOK
# FOR HOME HEALTH AIDES

Revised March 2002

Exhibit C

Exhibit C

| CO. | FILE | DEPT. | CLOCK | NUMBER | | |
|---|---|---|---|---|---|---|
| PIC | 074525 | 000215 | 9010 | 0001746362 | 1 | |

**Earnings Statement**                          ADP®

PARTNERS IN CARE
1250 BROADWAY
NEW YORK, NY 10001

Period Ending: 01/10/2003
Pay Date: 01/17/2003

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    NY: 0
    New York Cit: 0

JURGITA VAICAITIENE
7122 BAY PKWY
APT #2
BROOKLYN, NY 11204

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 40.00 | 270.00 | 783.00 |
| Ot/Diff |  |  | 25.22 | 79.54 |
| Weekend | 6.7500 | 26.00 | 175.50 | 580.50 |
| Hol@1.5 |  |  |  | 283.50 |
| **Gross Pay** |  |  | **$470.72** | 1,726.54 |

| Deductions | Statutory | | |
|---|---|---|---|
|  | Federal Income Tax | -57.30 | 250.87 |
|  | Social Security Tax | -29.19 | 107.05 |
|  | Medicare Tax | -6.82 | 25.03 |
|  | NY State Income Tax | -15.88 | 69.27 |
|  | New York Cit Income Tax | -10.23 | 42.84 |
|  | NY SUI/SDI Tax | -0.60 | 1.80 |
|  | **Other** | | |
|  | Union Dues | -5.40 | 16.20 |
|  | Car Fare |  | -42.25 |
| **Net Pay** |  | **$345.30** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Prior 1/2/H1.5 | 40.00 | 144.00 |
| Reg/Ot/Hol | 40.00 | 116.00 |
| Total Hours | 40.00 | 116.00 |
| Total Hrs | 66.00 | 230.00 |
| Ytd Hrs 8685 | 40.00 |  |
| 1400 Hours | 66.00 |  |
| 1400 Hours |  | 630.00 |

Your federal taxable wages this period are $470.72

[handwritten annotations: 40 × 6.75 = 270; 26 × 10.1 = 260; 530]

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| PIC | 074526 | 000255 | 19dK | 0001797989 |

# Earnings Statement

**ADP**®

PARTNERS IN CARE
1250 BROADWAY
NEW YORK, NY 10001

Period Ending: 01/31/2003
Pay Date: 02/07/2003

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    NY: 0
    New York Cit: 0

Social Security Number: 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

JURGITA VAICAITIENE
7122 BAY PKWY
APT #2
BROOKLYN, NY 11204

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 24.00 | 162.00 | 1,188.00 |
| Ot/Diff |  |  | 36.86 | 139.68 |
| Private Pay | 6.7500 | 28.00 | 189.00 | 378.00 |
| Weekend | 6.7500 | 26.00 | 175.50 | 837.00 |
| Hol@1.5 |  |  |  | 405.00 |
| Sp Pay |  |  |  | 200.00 |
| **Gross Pay** |  |  | **$563.36** | 3,147.68 |

78

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Prior 1/2/H1.5 | 24.00 | 216.00 |
| Reg/Ot/Hol | 24.00 | 176.00 |
| Total Hours | 24.00 | 176.00 |
| Total Hrs | 78.00 | 424.00 |
| Ytd Hrs 8685 | 24.00 |  |
| 1400 Hours | 78.00 |  |
| 1400 Hours |  | 824.00 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -71.19 | 424.10 |
|  | Social Security Tax | -34.93 | 195.16 |
|  | Medicare Tax | -8.17 | 45.64 |
|  | NY State Income Tax | -21.77 | 117.93 |
|  | New York Cit Income Tax | -13.65 | 73.92 |
|  | NY SUI/SDI Tax | -0.60 | 3.60 |
|  | **Other** |  |  |
|  | Union Dues | -5.40 | 27.00 |
|  | Car Fare |  | -42.25 |
| **Net Pay** |  | **$407.65** |  |

Your federal taxable wages this period are $563.36

40 x 6.75 - 270
38 x 10.1 - 380

650

© 2000 ADP, Inc.

**Earnings Statement**   ADP

PARTNERS IN CARE
1250 BROADWAY
NEW YORK, NY 10001

Period Ending:  02/07/2003
Pay Date:       02/14/2003

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:           0
   NY:               0
   New York Cit:     0

JURGITA VAICAITIENE
7122 BAY PKWY
APT #2
BROOKLYN, NY 11204

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 24.00 | 162.00 | 1,350.00 |
| Ot/Diff | | | 23.28 | 162.96 |
| Private Pay | 6.7500 | 28.00 | 189.00 | 567.00 |
| Weekend | 6.7500 | 12.00 | 81.00 | 918.00 |
| Hol@1.5 | | | | 405.00 |
| Sp Pay | | | | 200.00 |
| **Gross Pay** | | | **$455.28** | 3,602.96 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Prior 1/2/H1.5 | 24.00 | 240.00 |
| Reg/Ot/Hol | 24.00 | 200.00 |
| Total Hours | 24.00 | 200.00 |
| Total Hrs | 64.00 | 488.00 |
| Ytd Hrs 8685 | 24.00 | |
| 1400 Hours | 64.00 | |
| 1400 Hours | | 888.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -54.98 | 479.08 |
| Social Security Tax | | -28.22 | 223.38 |
| Medicare Tax | | -6.60 | 52.24 |
| NY State Income Tax | | -14.97 | 132.90 |
| New York Cit Income Tax | | -9.65 | 83.57 |
| NY SUI/SDI Tax | | -0.60 | 4.20 |
| **Other** | | | |
| Union Dues | | -5.40 | 32.40 |
| Car Fare | | | -51.25 |
| **Adjustment** | | | |
| Car Fare | | +9.00 | |
| **Net Pay** | | **$343.86** | |

Your federal taxable wages this period are $455.28

*[Handwritten: 40 × 6.75 = 270; 24 × 10.1 = 240; 510]*

**Earnings Statement** — ADP

PARTNERS IN CARE
1250 BROADWAY
NEW YORK, NY 10001

Period Ending: 02/14/2003
Pay Date: 02/21/2003

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    NY: 0
    New York Cit: 0

Social Security Number: 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

JURGITA VAICAITIENE
7122 BAY PKWY
APT #2
BROOKLYN, NY 11204

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Ot/Diff | | | 29.10 | 192.06 |
| Sp Pay | 7.1430 | 56.00 | 400.00 | 600.00 |
| Weekend | 7.1430 | 14.00 | 100.00 | 1,018.00 |
| Regular | | | | 1,350.00 |
| Hol@1.5 | | | | 405.00 |
| Private Pay | | | | 567.00 |
| **Gross Pay** | | | **$529.10** | 4,132.06 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hrs | 70.00 | 558.00 |
| 1400 Hours | 70.00 | |
| Prior 1/2/H1.5 | | 240.00 |
| Reg/Ot/Hol | | 200.00 |
| Total Hours | | 200.00 |
| 1400 Hours | | 958.00 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -66.05 | | 545.13 |
| Social Security Tax | -32.81 | | 256.19 |
| Medicare Tax | -7.67 | | 59.91 |
| NY State Income Tax | -19.42 | | 152.32 |
| New York Cit Income Tax | -12.39 | | 95.96 |
| NY SUI/SDI Tax | -0.60 | | 4.80 |
| **Other** | | | |
| Union Dues | -5.40 | | 37.80 |
| Car Fare | | | -69.25 |
| **Adjustment** | | | |
| Car Fare | +18.00 | | |
| **Net Pay** | **$402.76** | | |

Your federal taxable wages this period are $529.10

*Handwritten:* 40 × 6.75 = 270
30 × 10.1 = 300
570

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| BC1 | 074525 | 000225 | 90H0 | 0001672740 |

# Earnings Statement

**ADP**

PARTNERS IN CARE
1250 BROADWAY
NEW YORK, NY 10001

Period Ending: 03/07/2003
Pay Date: 03/14/2003

*last week before accident to Europe*

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 0
    NY: 0
    New York Cit: 0

JURGITA VAICAITIENE
7122 BAY PKWY
APT #2
BROOKLYN, NY 11204

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6.7500 | 45.00 | 303.75 | 2,018.25 |
| Ot/Diff | | | 18.43 | 226.01 |
| Prior Pay | 6.7500 | 14.00 | 94.50 | 94.50 |
| Sp Pay | | | 90.75 | 690.75 |
| Weekend | 6.7500 | 14.00 | 94.50 | 1,396.00 |
| Hol@1.5 | | | | 546.75 |
| Private Pay | | | | 567.00 |
| **Gross Pay** | | | **$601.93** | 5,539.26 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Prior 1/2/H1.5 | 45.00 | 353.00 |
| Reg/Ot/Hol | 45.00 | 299.00 |
| Total Hours | 45.00 | 299.00 |
| Total Hrs | (73.00) | 741.00 |
| Ytd Hrs 8685 | 45.00 | |
| 1400 Hours | 73.00 | |
| 1400 Hours | | 1,449.25 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -79.74 | 719.04 |
| Social Security Tax | | -37.32 | 343.43 |
| Medicare Tax | | -8.73 | 80.32 |
| NY State Income Tax | | -24.41 | 200.45 |
| New York Cit Income Tax | | -15.13 | 126.50 |
| NY SUI/SDI Tax | | -0.60 | 6.60 |
| **Other** | | | |
| Union Dues | | -5.40 | 48.60 |
| Car Fare | | | -78.25 |
| **Net Pay** | | **$430.60** | |

40 × 6.75 = 270
33 × 10.1 = 330
601.93

Your federal taxable wages this period are $601.93

© 2000 ADP, Inc.

Exhibit D

Handbook for Home Health Aides - Appendix                              Partners in Care

## PAYMENT POLICIES

### ANSWERS TO MOST FREQUENTLY ASKED QUESTIONS ABOUT PAYMENT POLICIES

A. *How will a HHA know when to work?*

All HHAs are hired for hourly employment based on Partners' needs and the HHAs availability. HHAs must be available for work at times and locations scheduled by the Supervisor.

B. *How is the hourly pay rate determined?*

HHAs will be paid at the regular hourly rate of pay for all hours worked up to forty (40) and then time and a half (1.5x) minimum wage or payment at the regular hourly rate, whichever is greater, for all hours worked over forty (40) per week.

C. *What will be included in the weekly pay?*

Partners in Care will pay HHAs only for scheduled hours worked. Time spent traveling to and from cases will not be paid. (See sample pay stub which follows).

D. *What if a patient is not home at the time of the scheduled visit?*

Call the Supervisor from a phone booth in the area. The call will be reimbursed through the expense sheet. If a visit will be impossible that day, Partners will pay the HHA for one hour of work time for the attempted visit and try to assign the HHA to another case.

E. *What if the HHA needs to work overtime with the patient because the patient needs to go to and get home from the doctor?*

Call the Supervisor who will then approve or deny the need to provide escort services. Additional instructions will also be provided at the time of the call.

F. *How are expenses handled?*

Payment for your expenses claimed on the Expense Sheet will be included in your paycheck every other week. They are listed as "CARFARE" on your check stub and