UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JURJITA VAICAITIENE, on behalf of herself
and all others similarly situated,

              Plaintiff,

    -against-

                               04 **CIVIL** 9125 (RMB)(THK)

PARTNERS IN CARE, INC.; and VISITING
NURSE SERVICE OF NEW YORK, INC.,

              Defendants.

------------------------------------------------------------x

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _____ | Specific Non-Dispositive Motion/Dispute:* _including Motion for Notice_ dated 4/20/05 | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| | | _____ | Social Security |
| _____ | Settlement* | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| _____ | Inquest After Default/Damages Hearing | _____ | Particular Motion: _____ |
| | | | All Such Motions: _____ |

*   Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       April 22, 2005

                                                              /s/ RMB
                                         _____
                                         RICHARD M. BERMAN, U.S.D.J.

[USDC SDNY DOCUMENT ELECTRONICALLY FILED; DOC #: ____; DATE FILED: 4/22/05]