UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JURJITA VAICAITIENE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>PARTNERS IN CARE, INC.; AND VISITING NURSE SERVICE OF NEW YORK, INC.;<br><br>Defendants. | No. 04 Civ. 9125 (RMB)<br><br>NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that the address and facsimile for the Law Offices of Karl J. Stoecker, attorney of record for Plaintiff Jurjita Vaicaitiene in the above-captioned action has changed. The new address and facsimile number are set forth below.

>    Karl J. Stoecker
>    Law Offices of Karl J. Stoecker
>    18 East 41st Street, 15th floor
>    New York, N.Y. 10017
>    T: (212)818-0080
>    F: (212) 818-9055

Dated:   New York, N.Y.
         April 21, 2005

>    Respectfully submitted,
>
>    /s/ Karl J. Stoecker
>    Karl J. Stoecker
>    (N.Y. Atty. Reg. No. KS-0571)
>    Law Offices of Karl J Stoecker
>    18 East, 41st Street, 15th Floor
>    New York, N.Y. 10017
>    T: (212)818-0080
>    F: (212) 818-9055

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK   )
                    )   ss.:
COUNTY OF NEW YORK  )

      I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; My business address is 18 East 41st Street New York, N.Y. 10017.

      On May 6, 2005, I served the Notice of Change of Address by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to counsel for defendant as follows:

          Kathy H. Chin
    Cadwalader Wickersham and Taft LLP
      One World Financial Center
     New York, N.Y 10281

      I declare under penalty of perjury that the foregoing is true and correct.

                              Karl J. Stoecker