UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JURJITA VAICAITIENE, on behalf of
herself and all others similarly
situated,

     Plaintiff,

  - against -

PARTNERS IN CARE, INC.; AND
VISITING NURSE SERVICE OF NEW
YORK, INC.;

     Defendants.

---

**04 Civ. 9125 (RMB)**

**ECF CASE**

**NOTICE OF MOTION**

  PLEASE TAKE NOTICE that upon the Affidavit of Jurgita Vaicaitiene, the Declaration of Karl J. Stoecker, the exhibits annexed thereto and all prior pleadings and proceedings herein, plaintiff will move this Court on May 16, 2005 at 9:30 a.m., or as soon thereafter as counsel can be heard, at the United States Courthouse, Courtroom 706, 40 Centre Street, New York, New York for an order pursuant to 29 U.S.C. § 216(b), directing defendants to furnish the names and addresses of "similarly situated" individuals and directing the mailing of such notice to all such individuals.

Dated: April 20, 2005
   New York, New York

        Respectfully submitted,

        LAW OFFICES OF KARL J. STOECKER

        By: _____
        Karl J. Stoecker (KS-6034)
        18 East 41st Street
        New York, New York 10017
        Telephone: (212) 818-0080

To:  Kathy H. Chin, Esq.
     Cadwalader, Wickersham & Taft LLP
     Attorneys for Defendants
     One World Financial Center
     New York, NY  10281