UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JURJITA VAICAITIENE, on behalf of herself and all : 04-CV-9125 (RMB) (THK)
others similarly situated,

:

Plaintiff, :

: **STIPULATION AND**
-against- : **ORDER EXTENDING**
: **TIME**

PARTNERS IN CARE, INC.; and VISITING NURSE
SERVICE OF NEW YORK, INC., :

Defendants. :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/05

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties hereto that

1. Defendants' papers in opposition to the motion for notice to similarly situated individuals shall be served and filed on or before May 20, 2005; and

2. Plaintiff's reply papers, if any, shall be served and filed on or before May 27, 2005.

Dated: New York, New York
May 6, 2005

LAW OFFICES OF KARL J. STOECKER

_Karl J. Stoecker /ken_
Karl J. Stoecker (KS-0571)

Attorney for Plaintiff
18 East 41st Street
New York, New York 10017
Telephone: (212) 818-0080

CADWALADER, WICKERSHAM & TAFT LLP

By: _____
Kathy H. Chin (KC-7635)

Attorneys for Defendants
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000

SO ORDERED:

_____
Theodore H. Katz, U.S.M.J.

Dated: May 9, 2005

-2-