# LAW OFFICES OF KARL J. STOECKER

Phone: (212) 818-0080  
Facsimile (212) 818-9055

18 East 41st Street • Suite 1501 • New York, NY 10017

kjs@kjslawfirm.com  
www.kjslawfirm.com

January 11, 2006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/06
```

**BY FACSIMILE**  
Honorable Theodore H. Katz  
United States Magistrate Judge  
Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street, Room 1660  
New York, New York 10007-1312

Re:   *Vaicaitiene V. Partners in Care Inc. et al.*  
      *No. 04 Civ. 9125 (RMB) (THK)*

Dear Judge Katz:

We represent plaintiffs in the above-referenced action. Pursuant to the schedule discussed at the last conference, plaintiffs' papers in support of their motion for class certification of the state law claims are due on January 16, 2006. I have been advised that it is likely the United States Supreme Court will render a decision on the motion for *certiorari* in the *Coke* case on or about January 23, 2006. We accordingly have agreed with defendants' counsel, subject to Your Honor's approval, to postpone the foregoing motion until February 6, 2006.

Respectfully submitted,

*[signature]*

Karl J. Stoecker

cc: Kathy Chin, Esq. (via facsimile)

*[Handwritten note from judge:]* The motion shall be filed by February 6, 2006. The response shall be filed by March 1, 2006. Any reply shall be filed by March 10, 2006.

So ordered.  
1/12/06  
Theodore H. Katz  
USMJ