```
USDC SDNY
DOCUMENT
ELECTRO...        LED
DOC #:  04 cv 9125
DATE FILED: 1/20/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JURJITA VAICAITIENE, on behalf of
herself and others similarly
situated,

                Plaintiff,

                -against-

PARTNERS IN CARE, INC.; AND
VISITING NURSE SERVICE OF NEW YORK,
INC.;

                Defendants.

No. 04 Civ. 9125
(RMB)(THK)

**STIPULATION REGARDING
FILING OF CONSENT FORMS**

        It is hereby stipulated and agreed by and between the undersigned that:

        1. Plaintiff's counsel shall compile and bind all consent forms and corresponding mailing envelopes mailed in response to the notice sent in the above-captioned action and file the binder with the Clerk of the Court, together with an affidavit listing all such consent forms, as a single document.

        2. All persons who have submitted consent forms shall be deemed to have opted into this action three days after their consent forms are post-marked.

        3. Plaintiff's counsel shall effect the filing described in paragraph 1 hereof on or before January 20, 2006.

Dated: New York, New York
January 18, 2006

*[signature]*
Kathy H. Chin, Esq. (KC-7635)
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
(212) 504-6000
Attorneys for Defendants

*[signature]*
Karl J. Stoecker, Esq. (KS-0571)
Law Offices of Karl J. Stoecker
18 East 41st Street, 15 Floor
New York, New York 10017
(212) 818-0080
Attorneys for Plaintiff

1/20/06    So ordered *[signature]*
Theodore H. Katz, U.S.M.J.