UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VAICAITIENE,

                Plaintiff,

        v.

PARTNERS IN CARE INC., et al.,

                Defendants.
-----------------------------------------------------------x

**ADMINISTRATIVE ORDER**

04 Civ. 9125 (RMB)

**Richard M. Berman, U.S.D.J.:**

    United States Magistrate Judge Theodore H. Katz having authorized Plaintiff to send class notice by Memorandum and Order, dated July 6, 2005 [31], the pending motion [22] is dismissed as moot.

Dated: New York, New York
       January 23, 2006

                                     _/s/ RMB_
                               Hon. Richard M. Berman, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/06