UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JURJITA VAICAITIENE, on behalf of
herself and others similarly
situated,

                Plaintiff,

       -against-

PARTNERS IN CARE, INC.; AND
VISITING
NURSE SERVICE OF NEW YORK, INC.;

                Defendants.

No. 04 Civ. 9125
(RMB)(THK)

DECLARATION OF KARL
J. STOECKER
REGARDING OPT-INS

---

    1.    I am the principal of the Law Offices of Karl J. Stoecker counsel to plaintiffs in the above-captioned action. I submit this Declaration to put before the Court the consent forms received persons who have elected to opt into this action in response to the notice authorized by the Court.

    2.    Pursuant to the Court's Memorandum Opinion and Order dated July 6, 2005, notice was mailed to 6587 current and former employees of Partner's In Care (the "Notice"). The Notice described the lawsuit and advised that those who wished to join the action as party plaintiffs should return the accompanying consent form such that it is post-marked on or before December 31, 2005.

3. Annexed hereto as Exhibit A is a list of the 605 persons who returned timely consent forms setting forth each persons name and the date on which their consent form was post-marked. Pursuant to the parties' Stipulation Regarding Filing of Consent Forms dated January 18, 2005, persons filing consent forms are deemed to have opted into the action three days after the date on which their consent forms were post-marked. Seven persons hand-delivered consent forms to our office on or before December 31, 2005. The dates on which such forms were delivered are set forth on Exhibit A.

4. Annexed hereto as Exhibit B is a list of the eighteen persons who have filed untimely consent forms (including one person who hand-delivered an untimely consent form) setting forth each person's name and the date on which their consent form was post-marked.

5. Counsel for defendants have agreed not to object to the foregoing untimely consent forms on the grounds of untimeliness. We therefore respectfully request that the Court deem these forms timely.

6. Originals of the consent forms are set forth in alphabetical order in the accompanying three black binders. Original envelopes, setting forth post-mark dates, are stapled to the front of each consent form, except for those forms

which were hand delivered. Untimely consent forms are separately set forth after timely forms.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       January 20, 2006

_____
Karl J. Stoecker

# EXHIBIT A

| Name | Post Mark Date |
|---|---|
| ABARZUA, ERNESTINA | 18-Nov-05 |
| ABDULLAYERA, LEYLA | 1-Dec-05 |
| ABRAMS, DEBORAH | 25-Nov-05 |
| ACEVEDO, LUISA | 12-Nov-05 |
| ACOSTA, ANNETTE | 28-Nov-05 |
| ACOSTA, MARIA | 16-Nov-05 |
| ACREE, FELICE | 5-Dec-05 |
| ADAMS, PEARLITA M | 25-Nov-05 |
| ADEYEFA-ADEYOJU, DORCAS O | 23-Nov-05 |
| ADJEIWAA, VIDA R | 20-Dec-05 |
| AFRIJU, ALUSINE | 15-Nov-05 |
| AGOSTO, JOSEPHINE | 16-Nov-05 |
| ALEXANDER-NICHOLAS, MARTHA | 29-Nov-05 |
| ALFRED, PEARLA | 8-Dec-05 |
| ALSTON, CELESTE | 30-Nov-05 |
| ALTAGRACIA, JAVIER | 28-Nov-05 |
| ALVARADO, MERELINA | 21-Nov-05 |
| ALVIRA, NORMA | 14-Nov-05 |
| AMEYAU, CONSTANCE | 27-Dec-05 |
| ANACREON, NATALIE | 17-Nov-05 |
| ANDERSON, ALICE EVADNE | 21-Dec-05 |
| ANDERSON-CAMPBELL, MARLENE | 14-Nov-05 |
| ANDREWS, PATRICIA | 25-Nov-05 |
| ANNANG, MARY KAY | 19-Nov-05 |
| APPIAH, EDWARD | 19-Nov-05 |
| ARCHER, ANITA | 21-Nov-05 |
| ARGUELLES, LUZ | 25-Nov-05 |
| ARMSTEAD, DEBORAH | 16-Nov-05 |
| ASHFORD, COURTNEY | 14-Dec-05 |
| ATENIYI, HAMMED | 29-Nov-05 |
| ATKINS, VERONICA | 14-Nov-05 |
| AUGUSTIN, MARIA | 28-Nov-05 |
| AULT, LEROY | 14-Nov-05 |
| AVILA, OLGA | 17-Dec-05 |
| AVILAR, JANET | 1-Dec-05 |
| AYALA, MARIA | 16-Nov-05 |
| BABALOLA, SABINAH | 26-Nov-05 |
| BAIDEN, MAYFAIR | 18-Nov-05 |
| BALZER, MONIQUE C | 21-Nov-05 |
| BANKS, MARILYN | 29-Dec-05 |
| BAPTISTE, HERMINA A | 17-Nov-05 |
| BAPTISTE, YVETTE | 23-Nov-05 |
| BARCELONA, MARIA A | 30-Dec-05 |
| BARNER, BRENDA | 15-Nov-05 |
| BARRETT, CLAUDIA | 30-Nov-05 |
| BATTLE, DELORES | 28-Nov-05 |
| BAY OUMA, BIRONE | 27-Dec-05 |
| BAZILE, JOSETTE | 7-Dec-05 |
| BEDIAKO, ASARE FRANCIS | 16-Nov-05 |
| BELL, GRACE A | 28-Nov-05 |

| Name | Date |
|---|---|
| BENITEZ, FELIPE | 17-Nov-05 |
| BENNETT, KERNESTINE | 21-Dec-05 |
| BERAS, ALTAGRACIA | 18-Dec-05 |
| BERKLEY, ROBIN | 6-Dec-05 |
| BERRY-COCHRAM, PATRICIA | 29-Nov |
| BESHAVA, TATYANA | 7-Dec-05 |
| BETHEL, ALENE | 15-Nov-05 |
| BETTON-AULT, CHERYL P | 6-Dec-05 |
| BISSUMBER, SHAMUNE | 16-Nov-05 |
| BLESSING, ETSEKHUME | 29-Nov-05 |
| BOATNER, AGNES | 6-Dec-05 |
| BOBIAN, DEBORAH | 23-Dec-05 |
| BOGAN, RICHARD L | 30-Nov-05 |
| BOND, PATRICIA | 13-Dec-05 |
| BOUGHTON-HEWITT, DONNA | 19-Dec-05 |
| BOYCE, WAYNE | 28-Nov-05 |
| BRADLEY, ALBERTA | 27-Dec-05 |
| BRINKLEY, FATIMA S. | 18-Nov-05 |
| BRIZARD, MARLAINE | 31-Dec-05 |
| BROWN DAVIS, MARCIA | 18-Nov-05 |
| BROWN, ANDREA | 6-Dec-05 |
| BROWN, CYNTHIA | 20-Dec-05 |
| BRUNSON, BARBARA | 31-Dec-05 |
| BRYANT, SANDRA | 23-Nov-05 |
| BRYANT, SCHEHEREZADE | 19-Nov-05 |
| BURGOZ, EVELYN | 18-Nov-05 |
| BUTCHER, VALERIE | 3-Dec-05 |
| BUTLER, JAQUELINE | 18-Nov-05 |
| BUTTERS, SHYAAN N | 23-Nov-05 |
| BYRD, GERALDINE | 13-Dec-05 |
| CAAMPUED, NINA M | 20-Dec-05 |
| CABA, RUTH | 15-Nov-05 |
| CABROL, MARIE RENEE | 20-Dec-05 |
| CADET, MANGALIE | 30-Nov-05 |
| CALDERON, MIRELLA | 28-Nov-05 |
| CALDWELL, REGINA | 29-Nov-05 |
| CAMACHO, AMARILY | 1-Dec-05 |
| CAMERON, DOROTHY | 29-Nov-05 |
| CAMPBELL, CHRISTINE | 18-Nov-05 |
| CAMPBELL, ICILDA | 1-Dec-05 |
| CAMPBELL, IESHA | 18-Nov-05 |
| CAMPBELL, VALENCIA | 29-Nov-05 |
| CAMPBLE, ODINA | 5-Dec-05 |
| CANO, FIORDALIZA | 18-Nov-05 |
| CARDONA, AVRA | 17-Nov-05 |
| CARTER, JEANETTE | 8-Dec-05 |
| CARTER-MCFADDEN, LUCILLE | 24-Dec-05 |
| CARVER, CHERRY ANN | 18-Nov-05 |
| CASIMIR, MARGARETTE | 8-Dec-05 |
| CASTELLY, LAURIETTE | 13-Dec-05 |
| CASTILLO, FANNY M | 31-Dec-05 |

| Name | Date |
|---|---|
| CAYNES, RUBY A | 19-Dec-05 |
| CHARLES, ERICA | 16-Nov-05 |
| CHARLES, XIOMARA | 15-Nov-05 |
| CHARLES-PIERRE, CLAIRE | 15-Nov-05 |
| CHARLTON, DIANA | 14-Nov-05 |
| CHEEK, MELISSA | 15-Nov-05 |
| CHERY, CHIMENE | 25-Nov-05 |
| CHEVALIER, YRANNA | 12-Nov-05 |
| CHINO, REINA | 14-Nov-05 |
| CHINYERE, OJI | 21-Nov-05 |
| CLARKE, JENNIFER | 3-Dec-05 |
| CLARKSON, PRINCESS | 19-Nov-05 |
| CLASP, MONICA | 5-Dec-05 |
| CLINTON, LINDA | 23-Nov-05 |
| CLINTON-GARCIA, JON | 15-Nov-05 |
| COBO, ALEXANDRA | 2-Dec-05 |
| COCHRANE, MERNA | 8-Dec-05 |
| COLEMAN, JANET | 9-Dec-05 |
| COLEMAN, OLIVE | 15-Nov-05 |
| COLLINS, LORRIE | 28-Dec-05 |
| COOPER, SARAH M | 19-Nov-05 |
| CORLETTE, JANICE R | 5-Dec-05 |
| COSME, ADELA | 19-Dec-05 |
| COSME, FRANCISCO | 9-Dec-05 |
| COX, CLAUDINE V | 13-Dec-05 |
| CRAWFORD, CORAL | 28-Dec-05 |
| CRAWFORD, SONJA | 15-Dec-05 |
| CRESCENTE-DELESTON, DANIELLE | 1-Dec-05 |
| CROMARTY, LAVERN | 29-Dec-05 |
| CRUZ (TORRES), FRANCES | 16-Nov-05 |
| CRUZ, JULIA N | 13-Dec-05 |
| CRUZ, MARIBEL | 8-Dec-05 |
| CUMBERBATCH, JEWEI | 28-Dec-05 |
| CYRUS, HEYACINTH | 25-Nov-05 |
| CZARNECKA, IRENA | 12-Nov-05 |
| DALY, CASSANDRA | 29-Nov-05 |
| DANCLAIR, FARINA MAUREEN | 17-Nov-05 |
| DANIELL, MARIE | 29-Dec-05 |
| DANIELS, ELIZABETH | 29-Dec-05 |
| DASILVA, SIMONE | 3-Dec-05 |
| DAVID, MONICA PATRICIA | 16-Nov-05 |
| DAVIS, ANNETTTE | 6-Dec-05 |
| DAVIS, SYLVIA C | 27-Dec-05 |
| DAVIS, WENDY | 17-Nov-05 |
| DAWSON, KADEIDRA | 22-Dec-05 |
| DE JESUS, SONIA | 6-Dec-05 |
| DE LA CRUZ, ANTONIA | 19-Nov-05 |
| DE LA CRUZ, MARIA | 23-Nov-05 |
| DE LA CRUZ, TERESA | 24-Dec-05 |
| DE LACRUZ, MARIA | 22-Nov-05 |
| DECEMBER, COLLENE | 29-Nov-05 |

| Name | Date |
|---|---|
| DELACRUZ, MARIA | 19-Dec-05 |
| DENNISON, EVELYN | 5-Dec-05 |
| DENNISON, NORMA | 6-Dec-05 |
| DEONARAYAN, DEOMATTIE J | 12-Nov-05 |
| DEONARINE, AMEENA | 17-Nov-05 |
| DESILVA, MONICA | 18-Nov-05 |
| DIAZ, AZALIA | 17-Nov-05 |
| DIAZ, MARY M | 15-Nov-05 |
| DIAZ, SOHHANY | 21-Nov-05 |
| DICKERSON, DEBORAH H | 19-Nov-05 |
| DIMITROVA, PETINKA | 15-Nov-05 |
| DIOMARIS, PENALO | 20-Dec-05 |
| DIXON, EVELYN | 2-Dec-05 |
| DONALDSON, PEOLIA J | 17-Nov-05 |
| DONALDSON, REDONNA | 19-Nov-05 |
| DUKES, THERESA | 2-Dec-05 |
| EASTERLING, MICHELLE | 15-Dec-05 |
| EBANKS, LINDA | 22-Nov-05 |
| EDMUNSON, QUANETTE | 18-Nov-05 |
| EDWARDS, BARBARA | 19-Dec-05 |
| EDWARDS, JENNIFER | 23-Dec-05 |
| EFFIONG, UDEME | 28-Nov-05 |
| ELCOCK, SAMANTHA | 1-Dec-05 |
| ELESHO, ADEPEJU | 21-Dec-05 |
| EL-SAGHIR, MIGDALA | 19-Dec-05 |
| ENCARNACION-RODRIGUEZ, ANA | 14-Nov-05 |
| ESPINOSA, NARCISA | 21-Dec-05 |
| ESSIEN, JOY | 17-Dec-05 |
| EULA, EVELYN | 30-Dec-05 |
| EVANGELISTA, MARIA | 17-Nov-05 |
| EVANS, IRENIA | 18-Nov-05 |
| FARDOUS, AMPARO | 15-Nov-05 |
| FELICIANO, ELISE | 9-Dec-05 |
| FELIZ, GERTRUDIS | 28-Nov-05 |
| FELIZ, MABEL Y | 22-Nov-05 |
| FERGUSON, DENISE | 9-Dec-05 |
| FERGUSON, DONNA | 25-Nov-05 |
| FERNANDEZ, EUSEBIA | 17-Nov-05 |
| FERNANDEZ, FANNY | 6-Dec-05 |
| FERREIRA, DEBORAH | 2-Dec-05 |
| FORBES, EVETTE | 20-Dec-05 |
| FRAGOSO, LEONORA | 17-Nov-05 |
| FRANCIS, SHARON | 30-Nov-05 |
| FRANCOIS, MARIE G | 29-Nov-05 |
| FRANTZ, ETIENNE | 19-Nov-05 |
| FRASER, CARLA | 17-Nov-05 |
| FREDERICK, MARILYN | 9-Dec-05 |
| FRITH, DENISE | 13-Nov-05 |
| GABOR, SZEGO | 18-Nov-05 |
| GAJECKA, JADWIGA | 12-Nov-05 |
| GARCIA, DULCE | 14-Dec-05 |

| Name | Date |
|---|---|
| GARNETT, CLAUDETTE | 23-Nov-05 |
| GBADAMOSI, OLUFUNTO | 22-Dec-05 |
| GENEUS, DANIELLA | 7-Dec-05 |
| GERALD, ATIYA | 15-Dec-05 |
| GETTEN, TRUDY-ANN | 22-Nov-05 |
| GHANY, SALIMA M | 25-Nov-05 |
| GIBSON, CAROL E | 14-Nov-05 |
| GIDDINGS, ANITA | 16-Nov-05 |
| GILLARD, ELIZABETH | 27-Dec-05 |
| GIOARISINGH, DOROTHY | 19-Nov-05 |
| GONZALEZ, FRANCIS | 5-Dec-05 |
| GONZALEZ, FRANCISCA | 9-Nov-05 |
| GONZALEZ, MARIA | 23-Dec-05 |
| GONZALEZ-NTIAKO, GENOVEVA | 22-Nov-05 |
| GOODWIN, ANITA | 21-Nov-05 |
| GOVAN, RICHARD | 28-Nov-05 |
| GOVAN, SARAH | 31-Dec-05 |
| GRAHAM, CONSTANCE | 16-Nov-05 |
| GRAHAM, DIANE | 5-Dec-05 |
| GRANT, JOYCE | 3-Dec-05 |
| GRANT, MYRTLE | 29-Dec-05 |
| GRAVESANDE, BIBI | 28-Nov-05 |
| GRAY, ROSEMARIE | 27-Dec-05 |
| GREEN-BARNES, OVANDA | 15-Nov-05 |
| GREY, SASIDAI | 20-Nov-05 |
| GRIFFITH, JACQUELINE | 30-Nov-05 |
| GUADALUPE, IRIS | 27-Dec-05 |
| GUITY, DELIA | 19-Nov-05 |
| GUTIERREZ, ANA M. | 9-Dec-05 |
| GUZMAN, DIANE | 30-Nov-05 |
| GUZMAN, LUZ | 12-Dec-05 |
| HABRYSHUK, VALIANTSINA | 16-Dec-05 |
| HALL, ANDREA | 15-Nov-05 |
| HALL-DYER, ELFREDA | 9-Dec-05 |
| HARDING, DAWN | 12-Dec-05 |
| HARRICHAND, DARISHANIE | 5-Dec-05 |
| HARRIS, MABEL | 15-Nov-05 |
| HARRIS, MAUVA | 29-Nov-05 |
| HARRISON, RITA M | 15-Nov-05 |
| HARROW, JEAN | 1-Dec-05 |
| HAUGHTON, PAULETTE | 22-Nov-05 |
| HAYNES, RACHEL | 16-Nov-05 |
| HENDRICKSON, MARCELLA | 17-Nov-05 |
| HENRY, GERALDINE | 12-Dec-05 |
| HINES, SHADEGVA | 5-Dec-05 |
| HOLLAND, THEODORA E | 22-Nov-05 |
| HOLLOWAY, BERYL | 1-Dec-05 |
| HOLNESS, MARCIA | 18-Nov-05 |
| HOWARD, DIVITA | 10-Dec-05 |
| HOWELL, VERNADINE | 30-Dec-05 |
| HUE, BENIE J | 21-Nov-05 |

| Name | Date |
|---|---|
| HUNTER, EVANS | 18-Nov-05 |
| HUTSON, STEPHANIE | 19-Nov-05 |
| IDIONG, SUSANNAH | 21-Nov-05 |
| IRISH, HENRIETTA | 30-Dec-05 |
| IVANCIC, BRANKA | 22-Nov-05 |
| JACK, SONJA | 10-Nov-05 |
| JACQUES, DANIA | 25-Nov-05 |
| JAGGERNATH, SHANTEE | 16-Nov-05 |
| JALLOH, FATMATA | 2-Dec-05 |
| JAMES, BERNADINE | 16-Nov-05 |
| JAMES, DONNA MARIE | 28-Nov-05 |
| JAMES, LEELA | 5-Dec-05 |
| JAMES, SONIA | 14-Dec-05 |
| JEAN-LOUIS, MARIE JOSE | 29-Nov-05 |
| JEFFREY, JOYCE | 13-Dec-05 |
| JENKINS, FRANCES | 19-Nov-05 |
| JIMENEZ, CARMEN G | 14-Nov-05 |
| JOHN, AILEEN T | 12-Dec-05 |
| JOHNSON, ALVIRA | 23-Nov-05 |
| JOHNSON, DOROTHY | 30-Dec-05 |
| JOHNSON, GAIL | 19-Nov-05 |
| JOHNSON, GLORIA | 27-Dec-05 |
| JOHNSON, SHARON | 19-Dec-05 |
| JONES, DONNA | 13-Dec-05 |
| JORDAN, ELIZABETH | 10-Dec-05 |
| JORDAN, WAVENEY | 21-Nov-05 |
| JORGE, ROSARIO | 23-Nov-05 |
| JOSEPH, BERNADETTE | 7-Dec-05 |
| JOSEPH, EARLENE | 25-Nov-05 |
| JOSEPH, MARJORIE | 14-Nov-05 |
| KARAMATH, LILLOWTEE | 28-Nov-05 |
| KARSOR, ERIC G | 9-Dec-05 |
| KELLMAN, ERMINE | 27-Dec-05 |
| KEMP, SARAH | 23-Nov-05 |
| KHALIKOVA, RANO | 17-Dec-05 |
| KIMANI, YUSTER | 31-Dec-05 |
| KING, MAYBURN SIMON | 28-Dec-05 |
| KING, OZIALEE | 9-Dec-05 |
| KINGSTON, EVA | |
| KNIGHT, JUDITH | 26-Nov-05 |
| KNIGHTS, BEULAH | 14-Nov-05 |
| KOSHARNY, LUDMILLA | 28-Nov-05 |
| KROKHMAL, LYUBOV | 28-Nov-05 |
| KRUSZNIEWSKA, JADWIGA | 5-Dec-05 |
| KULAH, MARYANN A. | 3-Dec-05 |
| LACRETE, SOLANGE | 9-Dec-05 |
| LAM, CANDY | 15-Nov-05 |
| LAMAZON, ESLYN | 14-Dec-05 |
| LAPHIKOVA, OLENA | 22-Dec-05 |
| LARROYIA, SULAKSHNA D | 28-Dec-05 |
| LAWSON, MARILYN | 10-Nov-05 |

| Name | Date |
|---|---|
| LAZARUS, CARINE | 19-Nov-05 |
| LEARY, RUTH | 22-Dec-05 |
| LEBARTY, ISOKEN | 23-Dec-05 |
| LEBRORO, SOPHIA | 24-Dec-05 |
| LESLIE, SHERYL L | 12-Nov-05 |
| LEWIS, ANGELA | 18-Nov-05 |
| LEWIS, MALAUR-ANN | 2-Dec-05 |
| LEWIS, VERNA L | 14-Dec-05 |
| LILOWTY, PATIE | 2-Dec-05 |
| LINDAO, MERCEDES | 25-Nov-05 |
| LINDSAY, ANTHONY Q | 28-Nov-05 |
| LIRANZO, DULCE | 15-Dec-05 |
| LONG, FRANCINE | 9-Dec-05 |
| LOUANGA, LOUISE | 19-Dec-05 |
| LOUISSANT, MARGARETH | 16-Nov-05 |
| LUPERON, LUISA G | 10-Dec-05 |
| LYONS, MARLENE | 18-Nov-05 |
| MALONEY, ZEPHRENA | 19-Nov-05 |
| MANNING, BERNETTE | 19-Dec-05 |
| MANSON, LORRAINE | 24-Nov-05 |
| MARBET, JOSEPHINE | 11-Nov-05 |
| MARESOVA, ANNA | 21-Nov-05 |
| MARK, MONICA | 28-Nov-05 |
| MARK, VERONICA | 8-Dec-05 |
| MARS, HAZEL | 29-Dec-05 |
| MARTIN, JACQUELINE V | 10-Nov-05 |
| MARTINDALE-DURRIEU, DESIREE | 24-Dec-05 |
| MARTINEZ, CARLOS | 29-Dec-05 |
| MARTINEZ, FACUNDA | |
| MARTINEZ, PURA | 29-Nov-05 |
| MARTINEZ, REGINA | 14-Dec-05 |
| MARTINEZ, SANDRA Y | 29-Nov-05 |
| MARTINEZ, SHEILA | 22-Nov-05 |
| MARTINEZ, XIOMARA A | 12-Nov-05 |
| MARTINEZ-PEREZ, GREGORINA | 23-Nov-05 |
| MASCOLO, NATALIA | 14-Nov-05 |
| MASI, VIRA | 28-Nov-05 |
| MATOS, MARIA | 21-Nov-05 |
| MAXWELL, ROMELDA | 1-Dec-05 |
| MAYERS, VICTORIA | 27-Dec-05 |
| MAYFIELD, GLENDELL | 28-Nov-05 |
| MC FARLANE, LOUISE | 25-Nov-05 |
| MCCAIN, LOIS G | 14-Nov-05 |
| MCCALL, JOSEPHINE | 25-Nov-05 |
| MCJUNKIN, VINCENT | 15-Nov-05 |
| MCMILLAN, JOYCE | 30-Nov-05 |
| MCMURRIN, HELEN M | 17-Dec-05 |
| MCPHERSON, GAIL | 25-Nov-05 |
| MCTAIR, CYNTHIA | 25-Nov-05 |
| MEDFORD, CHERYL | 12-Dec-05 |
| MEIKLE, KEILA | 8-Dec-05 |

| Name | Date |
|---|---|
| MELCHOR, SALOME | 20-Dec-05 |
| MENDEZ, FELICIA | 16-Nov-05 |
| MENDONCA, THERESEE | 5-Dec-05 |
| MENSAH, VICTORIA | 9-Dec-05 |
| MERCADO, GREGORIA | 16-Nov-05 |
| MERCEDES, CELESTINA | 30-Nov-05 |
| MESIA, MARIA | 25-Nov-05 |
| MEZA, REGINA | 1-Dec-05 |
| MICHEL, CYLOTTE | 27-Dec-05 |
| MICHEL, MARIE SHELA | 25-Nov-05 |
| MILLER, MARY L | 23-Nov-05 |
| MING, MARY B | 20-Dec-05 |
| MIRANDA, YECENIA F | 15-Nov-05 |
| MITCHELL, ADRENIA | 21-Nov-05 |
| MITCHELL, AIDA | 22-Nov-05 |
| MITCHELL, HELEN | 6-Dec-05 |
| MITCHELL, IRIS E | 6-Dec-05 |
| MOHABIR, LAGNIE | |
| MOJICA, DAVID | 19-Nov-05 |
| MOJICA, MARIBEL | 30-Nov-05 |
| MONFORT, MARIE ANGE | 17-Nov-05 |
| MONROE, DIANA | 19-Nov-05 |
| MONROIG, RUTH | 19-Nov-05 |
| MONTALVO, DIANA | 6-Dec-05 |
| MORAN, YALENA | 30-Nov-05 |
| MORGAN, CECELIA | 1-Dec-05 |
| MORGAN, DEIGNA | 26-Nov-05 |
| MORGAN, JUANITA | 17-Nov-05 |
| MORRISON, CLAUDETTE | 22-Dec-05 |
| MORRISON, LINNETH | 19-Dec-05 |
| MORTON, LACHONNE R | 1-Dec-05 |
| MOSS, GLADYS | 2-Dec-05 |
| MUCCI, MARIE M | 18-Nov-05 |
| MULLER-AOUSEL, AKUA | 26-Nov-05 |
| MURRAY, DENISE | 16-Dec-05 |
| MURRAY-GILLING, PATRICIA | 25-Nov-05 |
| MUSAH, JOYCILIN E | 30-Nov-05 |
| NATHAN, VIRGIL | 30-Dec-05 |
| NAULA, AIDEE | 20-Dec-05 |
| NAZARIO, JACQUELINE | 28-Nov-05 |
| NEBLETT, PAULA | 28-Nov-05 |
| NEELY, YOLANDA | 16-Nov-05 |
| NEWSOME, KEISHA | 21-Nov-05 |
| NIEVES-DANIELS, ZENAIDA | 21-Nov-05 |
| NORMAN, NANCY | 21-Dec-05 |
| NUNEZ, CELESTE | 21-Nov-05 |
| NUNEZ, ENNYD | 28-Nov-05 |
| NUNEZ, LEOMARY | 22-Nov-05 |
| NURSE, GOGEL | 16-Nov-05 |
| NUVE, ECHEVERRIA C | 15-Nov-05 |
| NYABENDA, LUKENYA A | 28-Dec-05 |

| Name | Date |
|---|---|
| O'CONNOR, JACQUESE | 23-Nov-05 |
| OLADIPO, ABIOLA M | 14-Nov-05 |
| O'NEILL, ZANATRA | 21-Nov-05 |
| OPOKU, GEORGINA | 2-Dec-05 |
| ORTIZ, LUZ M | 11-Nov-05 |
| OSARO, ATOKE | 1-Dec-05 |
| OSEI-OWUSU, CHARLES | 19-Nov-05 |
| OUDKERK, PAMELA | 13-Dec-05 |
| OYELOLA, OLUYEMISI | 14-Nov-05 |
| PACHECO, ANA F | 17-Nov-05 |
| PALACIOS, NICOLASA | 27-Dec-05 |
| PARILLA, BEATRICE | 18-Nov-05 |
| PARRIS, OPHELIA | 14-Dec-05 |
| PASCALL, YVETTE | 25-Nov-05 |
| PATTERSON, CAROLYNE | 9-Dec-05 |
| PATTERSON, GWENETTE | 5-Dec-05 |
| PAUL, RHONDA | 1-Dec-05 |
| PAUL, SHIRLEY P | 19-Nov-05 |
| PECHENA, LESYA | 21-Dec-05 |
| PEGUERO, ALTAGRACIA | 27-Dec-05 |
| PEREZ, TANIA | 23-Nov-05 |
| PERKINS, DARREL HENRY | 18-Dec-05 |
| PERSAUD, GANGADEI | 12-Nov-05 |
| PERSAUD, KOUSILLA | 12-Dec-05 |
| PETERS, DOREEN O. | 3-Dec-05 |
| PETERS, ELIZABETH | 29-Dec-05 |
| PETERS, EVELYN | 17-Dec-05 |
| PHILIP, MAYLIVE | 7-Dec-05 |
| PHILLIP, MINERVA R D | 21-Dec-05 |
| PHILLIPS, GOLDAH | 2-Dec-05 |
| PHILLIPS, INGRID | 22-Nov-05 |
| PIERRE, SHELLA | 25-Nov-05 |
| PILE, VALARIE E | 17-Nov-05 |
| POLANCO, CARMEN | 22-Dec-05 |
| POLANCO, JOSEFINA | 17-Nov-05 |
| POLK, CHERISE | 14-Nov-05 |
| PORTONEAL, DERSI M | 1-Dec-05 |
| PRASAD DEBI, SEULOLCHNIE | 16-Nov-05 |
| PRESSLEY, BRIDGETTE | 17-Nov-05 |
| PRESSLEY, VALERIE | 17-Nov-05 |
| PRIVETTE, ERICA | 12-Dec-05 |
| PRYCE, LEONOR | 8-Dec-05 |
| QUILES, MARITZA | 12-Nov-05 |
| QUIZHPI, ELVIA | 26-Nov-05 |
| RAHAMAN, SHAIRA | 25-Nov-05 |
| RAMPERSAD-MAHABIR, INDRA | 30-Nov-05 |
| RAMSAY, SONIA | 2-Dec-05 |
| RAYWATTIE, KOBAIR | 21-Nov-05 |
| RBERTSON, CARL B | 14-Nov-05 |
| REESE, CHANTARA | 18-Nov-05 |
| REEVES, FELICIA | 2-Dec-05 |

| Name | Date |
|---|---|
| REMY, BARBARA | 17-Nov-05 |
| REYES, RUDY | 10-Dec-05 |
| RHODEN, JOAN | 1-Dec-05 |
| RICHARDSON, PATRICIA | 2-Dec-05 |
| RICHARDSON, TONYA | 15-Nov-05 |
| RILEY, THELMA | 23-Dec-05 |
| RIOS, JOHANNA | 28-Nov-05 |
| RIVERA, HELEN | 2-Dec-05 |
| RIVERA, LEONIDA | 10-Nov-05 |
| RIVERA, MARIA | 21-Nov-05 |
| RIVERA, NERI | 8-Dec-05 |
| ROBINSON, DOLEANN | 15-Nov-05 |
| ROBINSON, JEAN | 22-Nov-05 |
| RODERICK, MARGIE | 14-Dec-05 |
| RODGERS, CATINA | 6-Dec-05 |
| RODRIGUES, ENA | 27-Dec-05 |
| RODRIGUEZ, ESPERANZA | 14-Nov-05 |
| RODRIGUEZ, MAGALY | 18-Nov-05 |
| RODRIGUEZ, MIRNA | 14-Nov-05 |
| RODRIGUEZ, RAQUEL | 21-Nov-05 |
| RODRIGUEZ, REYNA | 15-Dec-05 |
| ROONEY, PEGGY L | 22-Nov-05 |
| ROSARIO, AURA | 2-Dec-05 |
| ROSARIO, DORIS | 2-Dec-05 |
| ROSAS, YDELLA | 15-Nov-05 |
| ROSE, CHERRY | 6-Dec-05 |
| ROSE, PEARLETA | 18-Nov-05 |
| ROSE, RAMONA | 15-Nov-05 |
| ROSENDO, INOA | 8-Dec-05 |
| SALAAM, THERESA | 21-Dec-05 |
| SAM, MARY | 20-Dec-05 |
| SAMAWOVA, KAMA | 28-Nov-05 |
| SAMUEL, LINDA | 9-Dec-05 |
| SANCHEZ, MARIA EUGENIA | 28-Nov-05 |
| SANDAY, DENAWTIE | 17-Dec-05 |
| SANON, NADIA | 29-Nov-05 |
| SANTANA, ALMA I | 1-Dec-05 |
| SAYWACK, HILDA | 23-Nov-05 |
| SCOTT, DEBORAH | 30-Nov-05 |
| SCOTT, PAULETTE | 16-Nov-05 |
| SERRANO, MARTHA | 12-Dec-05 |
| SERRANO, RAMONA | 25-Nov-05 |
| SHAND, YVETTE | 27-Dec-05 |
| SHANE, BARBARA | 17-Nov-05 |
| SHAW, DEON A | 1-Dec-05 |
| SHAW-MOVEN, DENISE | 15-Nov-05 |
| SHERWOOD, DOREEN | 15-Dec-05 |
| SIMA, SONIA URGUILLA | 30-Nov-05 |
| SINGLETON, GERALDINE | 22-Dec-05 |
| SLADE, LYNETTE | 16-Nov-05 |
| SMITH, AVRIL | 27-Dec-05 |

| Name | Date |
|---|---|
| SMITH, MARIA | 16-Nov-05 |
| SMITH, MAUREEN | 8-Dec-05 |
| SMITH, ROSIE M | 26-Nov-05 |
| SMITH, VANESSA | 21-Nov-05 |
| SMOTHERS, MARIE V | 18-Nov-05 |
| SOLANO, DORKA | 17-Nov-05 |
| SOLOMON, ALLISON | 31-Dec-05 |
| SOLOMON, MARY | 26-Nov-05 |
| SOLOMON, MIGNONNE | 21-Nov-05 |
| SOMEFUN, SAMUEL | 21-Nov-05 |
| SOOKHAI, ELIZABETH | 17-Nov-05 |
| SOSA DE BURGOS, EUNICE | 22-Nov-05 |
| SOTO, MARILYN | 19-Nov-05 |
| SPIVEY, LIZA E. | 26-Nov-05 |
| ST MARTIN, YVONNE GRACE | 28-Nov-05 |
| STEELE, RONNIE | 28-Dec-05 |
| STERLING, DAHLIA V | 17-Nov-05 |
| STERLING, NYOKA | 29-Dec-05 |
| STEVENSON, MONIQUE L | 14-Dec-05 |
| STIRRUP, GERALDINE | 15-Nov-05 |
| STOUTE, BARBARA | 27-Dec-05 |
| STRIDIRAN, HALVOR A | 30-Dec-05 |
| SUGRIM, HOMEWATIE | 29-Nov-05 |
| SURGEON, ERNESTINE | 8-Dec-05 |
| SUTHERLAND, ALLYN | 11-Nov-05 |
| SUTHERLAND, SHEILA | 14-Nov-05 |
| TAMBERG, MERCEDES | 2-Dec-05 |
| TARPEH, GRACE | 16-Nov-05 |
| TAVERAS, ANA | 13-Dec-05 |
| TAVERAS, MILADY | 1-Dec-05 |
| TEESDALE, MARGARET | 14-Nov-05 |
| TENNY, FAITH | 21-Dec-05 |
| TERRY, MONIQUE | 27-Dec-05 |
| THOMAS, ALTHEA | 21-Nov-05 |
| THOMAS, DENISE | 16-Nov-05 |
| THOMAS, SUSAN | 22-Nov-05 |
| THOMPSON, HATTIE | 19-Nov-05 |
| THORNTON, ROSEMARY | 21-Nov-05 |
| THOROGOOD, EBONY | 27-Dec-05 |
| TIDANKE, TOUNKARA | 1-Dec-05 |
| TONEY, LESA | 22-Nov-05 |
| TORRES, MERCEDES | 27-Dec-05 |
| TRACEY, HAZEL | 23-Nov-05 |
| TRUMAN, OLIVIA | 3-Dec-05 |
| TUIDER, PATIENCE N | 22-Nov-05 |
| UGIAGBE, CHRISTIE | 18-Nov-05 |
| ULAN, NORMA | 16-Nov-05 |
| UMAR, FATIMA | 25-Nov-05 |
| VARGAS, LEIDA JUDITH | 31-Dec-05 |
| VASQUEZ, ELIZABETH | 15-Dec-05 |
| VASQUEZ, MINERVA | 20-Dec-05 |

| Name | Date |
|---|---|
| VEGA, LUZELENIA | 16-Nov-05 |
| VELEZ, ANA | 23-Nov-05 |
| VELEZ, AUDREY | 17-Dec-05 |
| VLASOVA, ROZA | 29-Dec-05 |
| VOGELSANG, NAKO | 13-Dec-05 |
| WAHRMANN, KELSEY | 17-Dec-05 |
| WALCOTT, MARIA | 13-Dec-05 |
| WALKER, JOELL | 30-Nov-05 |
| WALKER, JULIA | 21-Dec-05 |
| WALLACE, DINIA | 18-Nov-05 |
| WALLACE, MARIA | 26-Nov-05 |
| WALTERS, DIANE | 14-Nov-05 |
| WARRICK, ERIN | 22-Nov-05 |
| WARRICK, JENELLE | 26-Nov-05 |
| WARRICK, SHEILA | 13-Dec-05 |
| WARRINGTON, RODERICK | 28-Nov-05 |
| WASHINGTON, DIANE | 19-Dec-05 |
| WATKINS, VERLIA | 1-Dec-05 |
| WATSON, A. DIANNE | 1-Dec-05 |
| WHITAKER, DORIS | 16-Nov-05 |
| WHITE, ARLENE | 27-Dec-05 |
| WHITE, CLAUDETTE H | 25-Nov-05 |
| WHITE, HAZEL T | 31-Dec-05 |
| WHITE, JOAN | 3-Dec-05 |
| WIESLAWA, BIELAWSKA | 25-Nov-05 |
| WILDS, DEPETRA M | 22-Nov-05 |
| WILLIAMS, ANNIE | 18-Nov-05 |
| WILLIAMS, EVA D | 28-Nov-05 |
| WILLIAMS, KIM | 2-Dec-05 |
| WILLIAMS, PAULINES | 5-Dec-05 |
| WILLIAMS, WINSOME | 29-Nov-05 |
| WILLIAMS-SENIOR, HELEN | 5-Dec-05 |
| WILLIAMS-YATES, ARETHA | 23-Nov-05 |
| WILLIS, STEPHANIE A | 19-Dec-05 |
| WILSON, JEAN | 14-Nov-05 |
| WILSON, NORMALEEN | 29-Nov-05 |
| WOODBERRY, BESSIS | 14-Nov-05 |
| WYNTER, JANICE D | 27-Dec-05 |
| YAW, SABRINA L | 15-Nov-05 |
| YOUNG, MAURICIO | 29-Dec-05 |
| ZEPHIRIN, LYNDA | 25-Sep-30 |
| ZEPHYR, ANNETTE | 6-Dec-05 |
| ZHAO, YUN-LONG | 25-Nov-05 |
| ZUMBA, JENNIFER | 15-Dec-05 |

# EXHIBIT B

| Name | Date |
|---|---|
| ABDUL-MATEEN, MURIEL | 11-Jan-06 |
| ADAMS, WENDY | 3-Jan-06 |
| ARZU, ALEX L | 3-Jan-06 |
| BILL, CARMEN A | 7-Jan-06 |
| CHRISTIAN, CARMELLA | 4-Jan-06 |
| CRUZ, MAGALY | 9-Jan-06 |
| DIXON, LUNA | 6-Jan-06 |
| FUGLO, JESSE KWAO | 11-Jan-06 |
| JEROME, MARIE | 5-Jan-06 |
| NAID, LOUISE | 5-Jan-06 |
| PENDER, DEBRA | 9-Jan-06 |
| REYES, SANTA | 6-Jan-06 |
| SCOTT, JUDITH E | 4-Jan-06 |
| HARVILLE, BETTE | 18-Jan-06 |
| TULLOCK, CHARMAINE | 13-Jan-06 |
| LOMINY, MARJORIE | 17-Jan-06 |
| AGBOOLA, ADUKE | 17-Jan-06 |
| FLORENCE, GRACIE | 19-Jan-06 |