USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/06

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JURJITA VACAITIENE, et al.,         :
                                    :  04 Civ. 9125 (RMB)(THK)
              Plaintiff,            :
                                    :
       -against-                    :  AMENDED SCHEDULING
                                    :      ORDER
                                    :
PARTNERS IN CARE, Inc., et al.,     :
                                    :
              Defendants.           :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

As agreed to by the parties, it is hereby ORDERED:

1. Class-related discovery shall be completed by January 31, 2007.

2. Plaintiffs' motion for class certification shall be filed by February 28, 2007.

3. Any opposition to the motion shall be filed by March 29, 2007.

4. Any reply shall be filed by April 13, 2007.

So Ordered.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: September 21, 2006
       New York, New York