# CADWALADER

Cadwalader, Wickersham & Taft LLP
New York London Charlotte Washington Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000  Fax 212 504 6666
www.cadwalader.com

July 13, 2007

**VIA FACSIMILE**

Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Vaicaitiene v. Partners In Care, Inc. and Visiting Nurse Service of New York, Inc., 04 Civ. 9125 (RMB)(THK)

Dear Judge Katz:

As permitted by this Court's order of June 29, 2007, a copy of which is annexed, counsel have continued their discussions with respect to the above-referenced proceeding. Earlier today, these discussions, which had focused previously on how many depositions would be taken of the collective action plaintiffs, how/when to complete document production, and deadlines for interrogatories, took a turn toward considering means of resolving this matter without extensive discovery. Accordingly, we propose the following:

1. Counsel will develop a possible settlement vehicle for resolution of the claims brought by plaintiffs for consideration by their respective clients with the goal of presenting it to the Court for consideration on or before August 10, 2007.

2. If counsel are unable to achieve agreement as set forth in 1. above, they will on or before August 10, 2007 present to the Court for consideration a proposed schedule for completion of discovery and motions relating to the viability of this proceeding as a collective/class action.

We respectfully request that our proposal be so ordered.

Respectfully,

Kathy H. Chin

cc: Karl J. Stoecker, Esq.
    Attorney for Plaintiff

Kathy H. Chin  Tel 212 504 6542  Fax 212 504 6666  kathy.chin@cwt.com

*[Handwritten endorsement:]* So ordered. If the Court can be of help with settlement, contact chambers.

7/16/07  T. Katz

**MEMO ENDORSED**