# CADWALADER

Cadwalader, Wickersham & Taft LLP

New York London Charlotte Washington Beijing

One World Financial Center, New York, NY 10281
Tel 212 504 6000 Fax 212 504 6666
www.cadwalader.com

August 10, 2007

**VIA FACSIMILE**

Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Vaicaitiene v. Partners In Care, Inc. and Visiting Nurse Service of New York, Inc., 04 Civ. 9125 (RMB)(THK)

Dear Judge Katz:

As permitted by this Court's order of July 16, 2007, a copy of which is annexed, counsel have discussed a possible settlement vehicle for resolution of plaintiffs' claims. While Mr. Stoecker and I have been able to identify the basic elements of the agreement and a methodology for developing the points to be memorialized in a stipulation of settlement, an issue arose yesterday that requires client consultation before further progress can be made. Counsel therefore respectfully request that we be permitted to continue these discussions and report to the Court no later than August 31, 2007.

We note with gratitude the Court's offer of assistance with settlement; we are encouraged, however, by progress to date and are hopeful that we will not have to contact chambers in this regard at this point in the negotiations.

Respectfully,

Kathy H. Chin

cc: Karl J. Stoecker, Esq.
    Attorney for Plaintiff

Granted.

**SO ORDERED**
8/10/07

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/13/07]

Kathy H. Chin Tel 212 504 6542 Fax 212 504 6666 kathy.chin@cwt.com