```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
VAICAITIENE,

                Plaintiff,

    -against-

                                                                04 **CIVIL** 9125 (RMB)(THK)

PARTNERS IN CARE, et al.,

                Defendants.
------------------------------------------------------------x

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __X__ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute:* _____ | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| | | ____ | Social Security |
| ____ | Settlement* | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ____ | Inquest After Default/Damages Hearing | | Particular Motion: _____ |
| | | | All Such Motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       March 17, 2008

                                                            RMB
                                           **RICHARD M. BERMAN**
                                                  U.S.D.J.